E-Filed: 2/9/09

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVAR EMERSON JONES, | Case No. CV 07-0605-GHK (JTL) |
| Petitioner, | ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| v. | |
| JOHN MARSHALL, Warden, | |
| Respondent. | |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Second Amended Petition for Writ of Habeas Corpus, all the records and files herein, and the Final Report and Recommendation of the United States Magistrate Judge. Objections to the Report and Recommendation have been filed herein. Having made a <u>de novo</u> determination of those portions of the Report and Recommendation to which objection has been made, the Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that judgment be entered denying the Second Amended Petition for Writ of Habeas Corpus and dismissing this action with prejudice.

DATED: 2/9/09

GEORGE H. KING
UNITED STATES DISTRICT JUDGE