E-Filed: 2/9/09 - JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVAR EMERSON JONES, ) | Case No. CV 07-0605-GHK (JTL) |
| Petitioner, ) | **J U D G M E N T** |
| v. ) | |
| JOHN MARSHALL, Warden, ) | |
| Respondent. ) | |

In accordance with the Final Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Second Amended Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED:  2/9/09

GEORGE H. KING
UNITED STATES DISTRICT JUDGE